*In re* **WARD**, Howard Lawrence (MR 20110)
Chicago, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed. Respondent Howard Lawrence Ward is censured and required to complete the professionalism seminar of the Illinois Professional Responsibility Institute within six months of the entry of this order.